UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES RAY JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>SAM ON DEMAND,<br><br>Defendant. | 4:25-CV-04124-ECS<br><br>JUDGMENT |

Based on the Opinion and Order Granting Plaintiff's Motion for Leave to Proceed In Forma Pauperis, Denying Plaintiff's Motion to Appoint Counsel, and 1915 Screening for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that judgment without prejudice is entered in favor of Defendant and against Plaintiff Charles Ray Johnson.

DATED January 6, 2026.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE